1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTH CASCADES BANK, DIVISION OF GLACIER BANK,<br><br>Plaintiff,<br><br>vs.<br><br>M/Y THERAPY, Official Number 1128525, *in rem*; and ERIC THOMAS STAMNES, *in personam*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 2:22-cv-01860<br><br>[~~PROPOSED~~] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL |

WHEREAS, upon review of Plaintiff's Verified Complaint requesting issuance of a Warrant of Arrest *in rem*, and the Court finding that the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the M/Y THERAPY, Official Number 1128525, and its appurtenances (the "Vessel") appear to exist, now, therefore, it is hereby:

ORDERED, that the Clerk shall issue a warrant for arrest of the Vessel, which arrest shall take place as soon as is reasonably practicable for the U.S. Marshal to effect the arrest at Seattle, Washington, as prayed for in the Verified Complaint; that the Warrant for Arrest shall authorize

the U.S. Marshal to use reasonable, necessary force to enforce the Warrant for Arrest; and it is further

ORDERED that a copy of the Verified Complaint, Order Authorizing Issuance of a Warrant for Arrest of Vessel, and Warrant for Arrest of Vessel be served upon the Vessel; and it is further

ORDERED that any person claiming an interest in the property seized pursuant to said Warrant of Arrest shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted.

DATED: 12-30-2022

Hon. BRIAN TSUCHIDA
U.S. ~~District Court~~ MAGISTRATE Judge

Presented by:

MILLER NASH LLP

s/Jess G. Webster
Jess G. Webster, WSBA No. 11402
MILLER NASH LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA  98121-1128
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: jess.webster@millernash.com

Attorneys for Plaintiff North Cascades Bank, Division of Glacier Bank