UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH CASCADES BANK, DIVISION OF GLACIER BANK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M/Y THERAPY, Official Number 1128525, *in rem*; and ERIC THOMAS STAMNES, *in personam*,<br><br>　　　　　　　　　　　　Defendants. | Case No. C22-1860-RSM<br><br>ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR DEFAULT *IN REM* AND FORECLOSING PREFERRED MORTGAGE AND FOR SALE OF VESSEL |

　　　This matter came before the Court on Plaintiff's Renewed Motion for Default In Rem and for Order Foreclosing Preferred Mortgage and for Sale of Vessel. Dkt. #26. The Court has considered the pleadings filed in support of the Motion and the remainder of the file herein. Based on the arguments presented in the pleadings, and no response in opposition having been filed, the Court makes the following findings:

　　　1.　　Plaintiff is entitled to a default judgment against the defendant vessel M/Y THERAPY, Official Number 1128525, *in rem*, as the Notice of Arrest having been properly published and served on all parties known or believed to have an interest in the defendant vessel, and no verified statement of right or interest in the defendant vessel having been timely filed; and

ORDER - 1

2. Plaintiff's claim under its preferred marine mortgage is superior to that of any other Claimant; and

NOW THEREFORE, IT IS

1. ORDERED that the defendant vessel, M/Y THERAPY, Official Number 1128525, and all person who may claim a right or interest in the defendant vessel, having failed to file an answer and statement of fright or interest herein, are in default; and it is further

2. ORDERED that North Cascades Bank is entitled to entry of judgment against defendant Eric Thomas Stamnes and the M/Y THERAPY, Official Number 1128525, her engines, sails, tackle, apparel, furniture, equipment, and appurtenances, for $220,065.59, plus interest at the rate of $18.04 per day from and including August 1, 2023, through the date of entry of judgment, which judgment may be subject to adjustment after completion of the sale of the defendant vessel by the U.S. Marshal; and it is further

3. ORDERED that the judgment granted shall bear interest at the contractual default rate set forth in the Promissory Note secured by the Preferred Mortgage of 4.1 percent per annum from the date of the judgment until paid; and it is further

4. ORDERED that the preferred marine mortgage on the M/Y THERAPY, Official Number 1128525, her engines, sails, tackle, apparel, furniture, equipment, and appurtenances, in favor of Plaintiff North Cascades Bank is foreclosed as the first and only lien or encumbrance against the Defendant vessel; and it is further

5. ORDERED that the U. S. Marshal shall, pursuant to the rules of the United States District Court for the Western District of Washington, cause the M/Y THERAPY, Official Number 1128525, her engines, sails, tackle, apparel, furniture, equipment, and appurtenances (the "Vessel"), to be condemned and sold in accordance with Supplemental Rule E, the Local

Admiralty Rules, and the practices of this Court. The sale or sales shall be made at public auction to the highest and best bidder, with the sale to be held alongside the Vessel on such date and time satisfactory to the U.S. Marshal to be determined after entry of this Order; and it is further

6. ORDERED that at such sale, Plaintiff North Cascades Bank, shall be permitted, but not required, to bid in any part of the judgment and accrued interest here awarded without cash deposit; and it is further

7. ORDERED that the U. S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to Plaintiff North Cascades Bank so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

DATED this 25th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 3